IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

STEPHEN B. OLIVER,

    Plaintiff,

vs.                                     Case No. 4:14cv431-RH/CAS

STATE OF ALABAMA,
CITY OF SARALAND, AL,
and THE UNITED STATES,

    Defendants.

_____/

## ORDER AND REPORT AND RECOMMENDATION

    Plaintiff, proceeding pro se, filed a civil rights complaint, doc. 1, and a motion seeking leave to proceed in forma pauperis, doc. 2. Although the in forma pauperis motion is not entirely complete because Plaintiff does not provide sufficient information as to monies earned through his self-employment, doc. 2, it otherwise appears sufficient to demonstrate that Plaintiff is unable to pay the filing fee for this case. The motion is granted and the Clerk shall file the complaint without payment of the filing fee.

    Plaintiff's complaint appears to allege that Plaintiff was arrested and convicted between 1993 and 1994 for possession of 44 pounds of marijuana. Doc. 1 at 5-6. Plaintiff states that he sought to enlighten the courts that marijuana is a God-given right

because "God put forth on this planet all life, including all the plants and animals." *Id.* at 6. Plaintiff also argued that marijuana may be taxed as private property, and he claims it "falls within the categories of "life, liberty, and the pursuit of happiness." *Id.* Plaintiff's arguments failed and Plaintiff was sentenced to a six month jail sentence. *Id.* at 10. Plaintiff also makes other unintelligible claims against the FBI for not pursuing reports from Plaintiff about various issues in Alabama. *Id.* at 8-10. Plaintiff appears to seek to have the incidents removed from his record. *Id.* at 10. Plaintiff provides assertions which are fanciful and not based in reality. *Id.* at 11.

The complaint should be dismissed because it is frivolous. A United States District Court may dismiss a case filed in forma pauperis if it is satisfied that the action is frivolous or malicious. 28 U.S.C. § 1915. The Supreme Court in <u>Neitzke v. Williams</u>, 490 U.S. 319, 109 S. Ct. 1827, 1833, 104 L. Ed. 2d 338 (1989), recognized two types of cases which may be dismissed, *sua sponte*, pursuant to 28 U.S.C. § 1915(d). In the first class are "claim(s) based on an indisputably meritless legal theory," and in the second class are "those claims whose factual contentions are clearly baseless." *Id.*

Within the former are those cases in which it is either readily apparent that a complaint lacks an arguable basis in law or that defendants are clearly entitled to immunity from suit. Within the latter are those cases describing scenarios clearly removed from reality. <u>Sultenfuss v. Snow</u>, 894 F.2d 1277 (11th Cir. 1990, *citing* <u>Neitzke</u>. This Case lacks merit because the criminal convictions are barred by the

statute of limitations, the claims are baseless and removed from reality.  Dismissal is appropriate pursuant to § 1915(e)[1] is appropriate.

Accordingly, it is

**ORDERED:**

1.  Plaintiff's motion seeking leave to proceed in forma pauperis, doc. 2, is **Granted**.

2.  Plaintiff's motion requesting the appointment of counsel, doc. 3, is **Denied** in light of this Report and Recommendation.

**RECOMMENDATION**

It is respectfully **RECOMMENDED** that Plaintiff's complaint, doc. 1, be **DISMISSED** because it is both frivolous and fails to state a claim upon which relief may be granted.

**IN CHAMBERS** at Tallahassee, Florida, on August 26, 2014.

 S/    Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days**

---

[1]  The P.L.R.A. redesignated 1915(d) as 1915(e).

Case No. 4:14cv431-RH/CAS

**after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**