IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

STEPHEN B. OLIVER,

    Plaintiff,

v.                             CASE NO. 4:14cv431-RH/CAS

STATE OF ALABAMA et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 6, the objections, ECF No. 7, and the plaintiff's response, ECF No. 9, to the order of October 4, 2014, ECF No. 8. The order gave the plaintiff notice of, and an opportunity to respond to, the possibility that his claims would be dismissed based on the statute of limitations, as well as on the grounds set out in the report and recommendation.

The report and recommendation is correct and is adopted as the court's opinion. For the reasons set out in the report and recommendation and, in addition, because the plaintiff's claims are barred by the statute of limitations,

Case No. 4:14cv431-RH/CAS

IT IS ORDERED:

The clerk must enter judgment stating, "The plaintiff Stephen B Oliver's claims are dismissed with prejudice."  The clerk must close the file.

SO ORDERED on October 17, 2014.

                                   s/Robert L. Hinkle
                                   United States District Judge